# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 21 2020

February 20, 2020

**SO ORDERED:**

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 21 2020

**Via ECF**

The Honorable George B. Daniels
United States District Court
For the Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

**Re:** *Dominguez v. Athleta LLC,* **1:19-cv-10168-GBD**
**Request for Extension of Time to Respond to the Amended Complaint**

Dear Judge Daniels:

We represent defendant Athleta LLC ("Defendant") in the above-referenced action. Pursuant to Rule II(A) and II(C) of Your Honor's Individual Rules & Practices, we write, with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court extend Defendant's time – from February 25, 2020 to March 10, 2020 – to respond to the Amended Complaint filed in this action on February 11, 2020. This is Defendant's first request for an extension of time to respond to the Amended Complaint. Defendant previously requested, and the Court previously granted, an extension of time to respond to the original Complaint. (Dkt. Nos. 15 & 16.)

In support of this request, counsel for Defendant states that it intends to move to dismiss the Amended Complaint, and this extension of time, if granted, will permit counsel sufficient time to prepare the motion papers. If granted, this request will not affect any other dates scheduled in this action. As noted above, counsel for Plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060    +1.212.309.6000
United States                        +1.212.309.6001