**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YOVANNY DOMINGUEZ, *and on behalf of all*
*other persons similarly situated,*

                    Plaintiff,

     -against-

ATHLETA LLC,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>ORDER</u>

19 Civ. 10168 (GBD)

GEORGE B. DANIELS, District Judge:

    The May 7, 2020 oral argument is adjourned to July 9, 2020 at 10:30 a.m.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE