UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

YOVANNY DOMINGUEZ, *and on behalf of all other persons similarly situated*,

                Plaintiff,

-against-

ATHLETA LLC,

                Defendant.

------------------------------------ X

ORDER

19 Civ. 10168 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUN 2 2 2020*

GEORGE B. DANIELS, District Judge:

The July 9, 2020 oral argument is hereby cancelled.

Dated: June 22, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE