**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YOVANNY DOMINGUEZ, on behalf of himself
And all others similarly situated,

                Plaintiff,

  -against-                                 19 **CIVIL** 10168 (GBD)

                                                 **JUDGMENT**

ATHLETA LLC,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 9, 2021, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

    March 10, 2021

                                               **RUBY J. KRAJICK**
                                              _____
                                                  Clerk of Court
                         **BY:**
                                                  Deputy Clerk